IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ETHAN RADVANSKY,** on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DESTINATION XL GROUP, INC.,**<br><br>Defendant. | Case No. 1:25-cv-02777-TWT<br><br>Hon. Thomas W. Thrash, Jr. |

### [PROPOSED] ORDER GRANTING CONSENT MOTION FOR AN EXTENSION OF TIME FOR DEFENDANT TO ANSWER, MOVE, OR OTHERWISE RESPOND TO COMPLAINT

This matter coming to be heard on the "Consent Motion for An Extension of Time to Answer, Move, or Otherwise Respond to Complaint" (the "Motion") filed by Defendant Destination XL Group, Inc. ("Defendant") on July 15, 2025 in the above-captioned matter, due notice having been given, the Court being fully apprised in the premises, the parties being in agreement, and for good cause shown, IT IS HEREBY ORDERED THAT: (1) the Motion is GRANTED for all the reasons stated therein; and (2) Defendant shall have until August 4, 2025 to answer, move, or otherwise respond to the Plaintiff's Complaint (Dkt. 1).

SO ORDERED THIS ___ DAY OF _____, 2025

By:_____
Hon. Thomas W. Thrash Jr.
United States District Judge