IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ETHAN RADVANSKY,** on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DESTINATION XL GROUP, INC.,**<br><br>Defendant. | Case No. 1:25-cv-02777-TWT<br><br>Hon. Thomas W. Thrash, Jr. |

### DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant Destination XL Group, Inc. ("Defendant") respectfully submits the following Certificate of Interested Persons and Corporate Disclosure Statement pursuant to Local Rule 3.3 and Federal Rule of Civil Procedure 7.1, as follows:

1. The undersigned counsel of record certifies that the following is a full and complete list of all parties in this action, including any publicly held corporation that owns 10% or more of the stock of a party:

    a. Plaintiff Ethan Radvansky (real person)

    b. No publicly held corporation owns 10% or more of Defendant's stock.

    c. Destination XL Group, Inc. does not have a parent company.

2. The undersigned further certifies that no other person, association, firm,

partnership, or corporation has either a financial interest or other interest which could be substantially affected by the outcome of this case. Counsel is not aware of any other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

    a. For Plaintiff: Anthony Paronich, Paronich Law, PC; Valerie Lorraine Chinn, Chinn Law Firm, LLC

    b. For Defendant: Stephen D. Libowsky (counsel of record), John W. McGuinness and A. Paul Heeringa, Manatt Phelps & Phillips, LLP (*pro hac vice* applications to be submitted as to the latter)

Respectfully submitted this 15th day of July, 2025.

By: /s/ Stephen D. Libowsky

**MANATT, PHELPS & PHILLIPS, LLP**

Stephen D. Libowsky (GA Bar No. 451965)
151 N. Franklin Street, Suite 2600
Chicago, Illinois 60606
Tel: (312) 529-6300
Email: slibowsky@manatt.com

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing document upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing to the attorneys of record in this matter.

Respectfully submitted this 15th day of July, 2025.

*/s/ Stephen D. Libowsky*
Stephen D. Libowsky