# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **ETHAN RADVANSKY**, *on behalf of himself and others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>**DESTINATION XL GROUP, INC.**,<br><br>Defendant. | CIVIL ACTION NO.<br>1:25-cv-02777-TWT |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney, Spencer M. Stephens, of the law firm Bradley Arant Boult Cummings LLP hereby enters his appearance as additional counsel of record for Defendant Destination XL Group, Inc. ("Defendant") and hereby requests that he be copied on all correspondence, pleadings, and other papers in the above-captioned matter.

Respectfully submitted this 31st day of July, 2025.

**BRADLEY ARANT BOULT CUMMINGS LLP**

*/s/ Spencer M. Stephens*
Nancy H. Baughan
Georgia Bar No. 042575
Spencer M. Stephens
Georgia Bar No. 920774
nbaughan@bradley.com
smstephens@bradley.com

Promenade Tower, Suite 2100
1230 Peachtree Street NE
Atlanta, GA  30309
(404) 868-2100
(404) 868-2010 (facsimile)

*Counsel for Defendant Destination XL Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the foregoing **NOTICE OF APPEARANCE** upon all parties to this matter by electronically filing it with the Clerk of Court using the CM/ECF system, which automatically will send e-mail notification of such filing to the attorneys of record in this matter.

This 31st day of July 2025.

*/s/ Spencer M. Stephens*
Spencer M. Stephens