## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> DESTINATION XL GROUP, INC. <br><br> Defendant. | ) <br> ) Civil Action No.: 1:25-cv-02777 <br> ) <br> )    Class Action Complaint <br> ) <br> )    Jury Trial Demanded <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME**

Plaintiff respectfully moves the Court for a 30-day extension of time to file a response to Defendant's Motion to Dismiss (ECF No. 15). The response is currently due under Local Rule 7.1(B) of the Northern District of Georgia, which allows 14 days for the filing of a response to a motion. Plaintiff requests an additional 30 days, up to and including September 17, 2025, to respond. This request is made in good faith and not for purposes of delay. The requested extension will not affect any other deadlines in the case.

This motion is unopposed. Plaintiff has conferred with counsel for Defendant, who does not object to the relief sought herein.

1

Date: August 5, 2025    */s/ Anthony Paronich*
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*