UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> DESTINATION XL GROUP, INC. <br><br> Defendant. | ) Civil Action No.: 1:25-cv-02777 <br> ) <br> )   Class Action Complaint <br> ) <br> )   Jury Trial Demanded <br> ) |

**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO HIS MOTION TO ENLARGE HIS BRIEF BY TEN PAGES IN OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS**

Plaintiff respectfully submits this Notice of Non-Opposition regarding Plaintiff's Motion for Leave to Exceed Page Limits (the "Motion") (ECF No. 17). On September 11, 2025 at approximately 5:00 p.m. Eastern Time, counsel for Defendant informed undersigned counsel that Defendant does not oppose the relief requested in the Motion.

Accordingly, Plaintiff notes that the Motion is <u>unopposed</u> and respectfully requests that the Court grant it.

Date: September 11, 2025

*/s/ Anthony Paronich*
Anthony I. Paronich, *pro hac vice*
Paronich Law, P.C.
350 Lincoln Street, Suite 2400

Hingham, MA 02043
Tel: (617) 485-0018
anthony@paronichlaw.com

*Counsel for Plaintiff and the proposed class*