## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*, | ) )Civil Action No.:  1:25-cv-02777 ) |
| | )          Class Action Complaint |
| Plaintiff, | ) |
| | )          Jury Trial Demanded |
| v. | ) |
| | ) |
| DESTINATION XL GROUP, INC. | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## PLAINTIFF'S SECOND UNOPPOSED
## MOTION FOR EXTENSION OF TIME

Plaintiff Ethan Radvansky, by and through undersigned counsel, respectfully moves this Court for a fourteen-day extension of time, up to and including October 1, 2025, to respond to Defendant's Motion to Dismiss (ECF No. 15). In support of this Motion, Plaintiff states as follows:

1. Plaintiff previously sought, and the Court granted, an initial extension of time to respond to Defendant's Motion to Dismiss

2. The current deadline is September 17, 2025.

3. On September 11, 2025, Plaintiff filed a Motion for Leave to File Excess Pages (ECF No. 17) with an accompanying Notice of Non-Opposition (ECF No. 18) Motion for Excess Pages.

4. That motion remains pending.

5. Plaintiff's proposed opposition brief, which has been prepared in good faith, exceeds the page limits set forth in Local Rule 7.1(D). The additional pages are necessary to fully address the multiple, interlocking statutory, regulatory, and case law issues presented by Defendant's Motion to Dismiss.

6. Filing a truncated version of the brief without leave of Court would require Plaintiff to sacrifice arguments and authorities that are important to the Court's full consideration of the issues.

7. Accordingly, Plaintiff seeks this short additional extension of fourteen (14) days to allow time for the Court to rule on the pending motion for excess pages and to ensure that Plaintiff may file his full opposition brief consistent with the Court's order.

8. This request is made in good faith, not for purposes of delay, and will not prejudice Defendant. Counsel for Defendant has indicated that Defendant does not oppose the requested extension.

For the foregoing reasons, Plaintiff respectfully requests that the Court extend his deadline to respond to Defendant's Motion to Dismiss by fourteen (14) days, up to and including October 1, 2025.

Date: September 17, 2025      _/s/ Anthony Paronich_
     Anthony I. Paronich, *pro hac vice*
     Paronich Law, P.C.
     350 Lincoln Street, Suite 2400
     Hingham, MA 02043
     Tel: (617) 485-0018
     anthony@paronichlaw.com

     *Counsel for Plaintiff and the proposed class*