UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| ETHAN RADVANSKY, *on behalf of himself and others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> DESTINATION XL GROUP, INC. <br><br> Defendant. | ) <br> ) Civil Action No.: 1:25-cv-02777 <br> ) <br> )     Class Action Complaint <br> ) <br> )     Jury Trial Demanded <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff respectfully submits *Bosley v. A Bradley Hospitality LLC d/b/a La Mesa Miami*, Case No. 25-cv-22336-BLOOM/Elfenbein, 2025 U.S. Dist. LEXIS 183986 (S.D. Fla. Sept. 18, 2025) (attached as Exhibit 1) as supplemental authority. The court confirmed that "a text message constitutes a 'call' under the TCPA." *Id.* This ruling is consistent with the overwhelming majority of decisions nationwide, including within the Eleventh Circuit, as outlined in the Plaintiff's recent brief.

4

Dated: September 22, 2025

                                    */s/ Anthony Paronich*
                                    Anthony Paronich
                                    Email: anthony@paronichlaw.com
                                    PARONICH LAW, P.C.
                                    350 Lincoln Street, Suite 2400
                                    Hingham, MA 02043
                                    Telephone: (617) 485-0018
                                    Facsimile: (508) 318-8100

## **CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

                                    */s/ Anthony Paronich*
                                    Anthony Paronich

Dated: September 22, 2025