IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| **ETHAN RADVANSKY,** on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**DESTINATION XL GROUP, INC.,**<br><br>Defendant. | Case No. 1:25-cv-02777-TWT<br><br>Hon. Thomas W. Thrash, Jr. |

## NOTICE OF RESOLUTION AND JOINT REQUEST TO STAY

Plaintiff Ethan Radvansky ("Plaintiff") and Defendant Destination XL Group, Inc. (individually, "Defendant," and collectively with Plaintiff, the "Parties"), with Defendant's notice and permission, hereby respectfully informs the Court that the Parties have reached a tentative resolution of all the Parties' differences and disputes in the above-captioned matter on an individual (non-class) basis. The Parties anticipate that a notice of voluntary dismissal will be filed in the next sixty (60) days. In the interim, so the Parties can finalize their resolution without incurring additional litigation expenses or burdening the Court, the Parties jointly and respectfully request that the Court vacate all pending case deadlines and temporarily stay the case, and that the Court retain jurisdiction and not dismiss this matter at this time.

Dated: September 29, 2025

Respectfully submitted,

By: /s/ Anthony I. Paronich

Anthony I. Paronich
PARONICH LAW, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
anthony@paronichlaw.com

Valerie Chinn, GA No. 248468
CHINN LAW FIRM, LLC
245 N. Highland Ave.
Suite 230 #7
Atlanta, GA 30307
Direct: 404-955-7732
Facsimile: 404-745-8605
Email: vchinn@chinnlawfirm.com

*Attorneys for Plaintiff and the Putative Class*

## **CERTIFICATE OF SERVICE**

I, hereby certify that on September 29, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

*/s/ Anthony I. Paronich*
Anthony I. Paronich